IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOMINIC GAINES,

    Petitioner,

v.                                            CASE NO. 4:11-cv-00222-MP-CAS

EDWIN BUSS,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 2, 2014. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and the petitioner filed objections at Doc. 19. I have made a *de novo* review based on those objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition under 28 U.S.C. § 2254 is DENIED and no certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this *5th* day of May, 2014

                                            *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge